**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GARRISON REDD, <br><br>            Plaintiff <br><br>     v. <br><br> STATION SQUARE INN APARTMENTS CORP and 13 STATION SQUARE INC., <br><br>         Defendants | Case No: 1:24-cv-06422 <br><br> NOTICE OF VOLUNTARY DISMISSAL <br> WITHOUT PREJUDICE <br> PURSUANT TO <br> <u>F.R.C.P. 41(a)(1)(A)(i)</u> |

<u>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**</u>

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Garrison Redd, hereby gives notice that the above-captioned action is voluntarily dismissed, <u>without prejudice</u> against defendant 13 Station Square Inc.

Date: March 25, 2026

           HANSKI PARTNERS LLC

           _____
           Adam S. Hanski, Esq.
           *Counsel for Plaintiff*
           4 International Dr, Ste 110
           Rye Brook, NY 10573
           T: 212.248.7400
           E: ash@disabilityrightsny.com